WALTER VOGEL, Appellant, v. UNION DIME SAVINGS BANK, Respondent.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment reversed upon the law and new trial granted, costs to appellant to abide the event. We are of opinion that upon the facts here the doctrine of *res ipsa loquitur* applies, and that the plaintiff's evidence called for some explanation by the defendant as to the cause of the collapse of the glass panel in the door. Young, Kapper, Lazansky and Hagarty, JJ., concur.

ANDREW ZYGMAN, Respondent, v. ALFRED HOWARD RENSHAW, Appellant.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Monday, November 7, 1927, to be argued when reached. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.